**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

April 13, 2023

Ronald Keith Middlebrooks
2022125006
PIERCE COUNTY JAIL
910 TACOMA AVE S
TACOMA, WA 98402

Your civil action, ***Middlebrooks v. Pierce County Judicial System***, was filed in the United States District Court – Western District of Washington on April 10, 2023.

The case has been assigned to District Court Judge Jamal N Whitehead and referred to Magistrate Judge Michelle L. Peterson, case number **3:23–cv–05314–JNW–MLP**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

**1983 Filing Fee Not Paid**
The filing fee requirement must be met by paying the $402.00 filing fee or submitting an Application for In Forma Pauperis (IFP). An IFP form is enclosed for your convenience.

**Prison Trust Account Statement**
Please provide a certified copy of your prison trust account statement showing transactions for the last six months.

**The deficiencies listed above must be corrected and filed with the Court by <u>May 15, 2023</u>.**

Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

**NOTE:** Prisoners housed in a DOC facility participating in the mandatory prisoner e–filing program should continue to file their documents electronically.

cc: file